## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### Judge Raymond P. Moore

Civil Action No. 13-cv-01474-RM-KMT

VERSUS CAPITAL GROUP LLC, a limited liability company,
VERSUS CAPITAL ADVISORS LLC, a limited liability company,
MARK D. QUAM, an individual,
WILLIAM R. FUHS, JR., an individual,
CASEY R. FRAZIER, an individual,
CRYSTAL MARIE DANIELS, an individual,

        Plaintiffs,

v.

GREAT AMERICAN E & S INSURANCE COMPANY, an Ohio corporation,

        Defendant.

## ORDER DISMISSING CASE WITH PREJUDICE

The Court, having reviewed the Notice of Dismissal of Defendant Great American E & S Insurance Company With Prejudice Pursuant To Fed. R. Civ. P. 41(a)(1)(A)(i), and being fully advised, hereby ORDERS as follows:

1. The above-captioned matter is DISMISSED WITH PREJUDICE; and

2. Each party shall bear his, her or its own costs and attorneys' fees.

DATED this 15th day of August, 2013.

BY THE COURT:

_____
RAYMOND P. MOORE
United States District Judge